UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRION HERU'EL OFRIKA BEY,

           **Plaintiff,**

-vs-                                                                       Case No. 6:11-cv-510-Orl-18DAB

NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA, JUDICIAL
OFFICER MARTHA C. ADAMS, JUDICIAL
OFFICER CAROLYN FREEMAN, JUDICIAL
OFFICER MICHAEL MILLER, JUDICIAL
OFFICER JERRY BREWER, AND JUDICIAL
OFFICER WAYNE J. SHOEMAKER,

           **Defendants.**

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Motion to Proceed In Forma Pauperis is **DENIED** and the Complaint is **DISMISSED** without leave to amend as being frivolous and failing to state a claim. Clerk of the Court is directed to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this _____ day of May, 2011.

                                            G. KENDALL SHARP
                                            Senior United States District Judge

Copies to: Counsel of Record
            Pro se plaintiff